■ JACK FIELDS, as Assignee of G & L INVESTMENTS, INC., Respondent, v. NORMAN ZWEIBEL et al., Appellants. (Action No. 1.) NORMAN ZWEIBEL et al., Appellants, v. STRICK CORPORATION et al., Respondents. (Action No. 2.) —

Concur — McGivern, J. P., Markewich, Nunez, McNally and Tilzer, JJ.